968 F.2d 12
 Decker (John Paul)
v.
Landmark Savings Association, Eshleman (J. Richard), Forbes
(John A.), Zimmerman (Timothy K.), Knapp (Richard E.), Burt
(Ralph H.), Gall (Robert F.), Langerman (Walter C.), Lloyd
(David L.), Moor (Dennis N.), Neely (Paul A.), Olivo
(Patricia P.), Sell (W. Edward), Wagner (Robert K.); Bruning
(Carl O., Jr.) v. Landmark Savings Assn.
 NO. 91-3776
 United States Court of Appeals,
Third Circuit.
 May 20, 1992
 
 Appeal From: W.D.Pa.,
 Standish, J.
 
 
 1
 AFFIRMED.